ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
FEB 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEROY JOHN GREEN, III | Case No. CV 08-08563 DSF (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| CAL. DEP'T OF CORR., ET AL., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that claims one, two, three, and five of the Petition are dismissed with prejudice, and that claim four of the Petition is dismissed without prejudice, for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: February 17, 2009

*/s/ Dale S. Fischer*
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY