

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEROY JOHN GREEN, III,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DELAWRENCE LEE,<br><br>　　　　Respondent. | Case No. CV 08-08563 DSF (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections [49]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1. The Court finds the Objections rehash some of the same arguments that are already addressed in the R&R and otherwise fail to show any of the findings in the R&R are factually or legally erroneous. Accordingly, the Objections are overruled and the Court accepts the findings and recommendation of the R&R.

1      2.    Judgment shall be entered dismissing this action with prejudice.

2      3.    Any and all other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: August 24, 2012

*Dale S. Fischer*
_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE