FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

JS-6 / ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DEROY JOHN GREEN, III, | Case No. CV 08-08563 DSF (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| DELAWRENCE LEE, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: August 24, 2012

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE